### SWAN v. BUTLER.

One of the exhibits being mislaid when the cause is committed to the jury, is not sufficient matter in arrest, if neither party at the time move to have the cause stayed.

ACTION of book debt. *Nil debet* pleaded.—And verdict for the plaintiff.

Mr. Parsons and Mr. Brainard, moved in arrest of judg-ment, because one of the exhibits in the cause (which con-tained material evidence) after being read on trial, was mis-laid, and could not be found when the cause was committed to the jury;— therefore, was not before them while the cause was under consideration.

Halsey v. Mott.

By the whole COURT. The exhibit, referred to in the motion, appears to have been mislaid by mere accident, at the time the cause was committed to the jury. The contents of it were then stated to the jury by the defendant, and agreed by the plaintiff; and neither party moved to stay the cause for want of it: — The motion, therefore, is not sufficient to set aside the verdict.